IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | CR. NO.: 18-10002-STA |
| MARTEZ LAMAR AYERS | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant and for good cause shown, the supervised release violation hearing is hereby re-set until **March 30 , 2018** at **10:00 a.m.**

IT IS SO **ORDERED**.

DATE: March 7, 2018.

s/ S. Thomas Anderson
**HONORABLE S. THOMAS ANDERSON**
**CHIEF UNITED STATES DISTRICT JUDGE**