IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | CR. NO.: 18-10002-STA |
| MARTEZ LAMAR AYERS | * | |
| Defendant. | * | |

ORDER GRANTING IN PART MOTION TO CONTINUE AND NOTICE OF RESETTING

Upon Motion of the Defendant and for good cause shown, the **supervised release violation hearing** is hereby re-set until **Monday, April 23, 2018 at 9:00 a.m.**

IT IS SO **ORDERED**.

DATE: March 29, 2018.

s/ S. Thomas Anderson
**HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE**